# Court of Appeals
# of the State of Georgia

ATLANTA,  May 11, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1624.  BOBBY J. ROGERS v. THE STATE.

In this pro se direct appeal, Bobby J. Rogers seeks review of the trial court's order denying his motion to correct a void sentence, which concerned the revocation of his probation.  As we have previously advised Rogers, however, probation orders are subject to the discretionary appeals procedure.[1]  See OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998).  Rogers's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/11/2018*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] See *Rogers v. State*, Case No. A18A0974 (decided February 22, 2018).